## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:19-113-KKC** |
| **Plaintiff,** | |
| **V.** | **ORDER** |
| **RANDALL PERRY,** | |
| **Defendant.** | |

**\*\*\* \*\*\* \*\*\***

The Court set a hearing for this matter on **Wednesday, October 9, 2019 at 11:00 a.m.** at the federal courthouse in Lexington, Kentucky. Defendant Randall Perry did not appear at the hearing. Accordingly, the Court hereby ORDERS that the Clerk of the Court SHALL ISSUE a warrant for Randall Perry's arrest.

This 9th day of October 2019

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY